1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JOSEPH A. BRANDSTETTER, an individual, | CASE NO. 2:18-CV-00633 JAK (AGRx) |
| Plaintiff, | |
| v. | **ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| CLAVIA DMI AB; AMERICAN MUSIC AND SOUND, A DIVISION OF JAM INDUSTRIES USA, LLC; and DOES 1 through 10, inclusive, | <mark>JS-6</mark> |
| Defendants. | |

Based on the joint stipulation filed by the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court orders that the Stipulation is **GRANTED**. This entire action, including all parties and all counterclaims, is hereby dismissed with prejudice.

IT IS SO ORDERED.


Dated: August 10, 2018

_____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE